PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of New York

UNITED STATES OF AMERICA

v.   }  Crim. No. 98-CR-405

Avrea Aviles-Singh

On ___February 19, 1999___ the above named was placed on probation/supervised release for a period of __five__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

A TRUE COPY  
ATTEST  
DATED MAR 0 9 2006  
ROBERT C. HEINEMANN  
CLERK  
BY _____ DEPUTY CLERK

Respectfully submitted,

_____  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __9th__ day of __March__, 20 __06__.

s/Reena Raggi  
_____  
United States District Judge